**Louis Portman, appellant, v. Frances M. Lenney and Maryland Casualty Company, appellee. Gen. No. 37,135.**

Opinion filed June 20, 1934.

Lavin & Jaffe, for appellant; Ira S. Kolb, of counsel. Wilson & McIlvaine, for appellee; J. F. Dammann and George Fiedler, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

**Irma M. Bohdan, appellee, v. Newberry Garage, Inc., appellant. Gen. No. 37,144.**

Opinion filed June 20, 1934.

Jerome B. Read, for appellant; Roy S. Gaskill, of counsel. J. B. Luse, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**Illinois Zinc Company, appellee, v. Universal Tool and Die Works, appellant. Gen. No. 37,153.**

Opinion filed June 20, 1934.

Justus Chancellor and Justus Chancellor, Jr., for appellant; E. S. D. Butterfield, of counsel. No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.

**The People of the State of Illinois ex rel. Philip R. Crippen, appellee, v. City of Chicago et al., appellants. Gen. No. 37,164.**

Opinion filed June 20, 1934. Rehearing denied July 9, 1934.

William H. Sexton, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants. R. E. Blackwood, for appellee.

Mr. Justice Hebel delivered the opinion of the court.